FILED

05/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0050

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0050

_____

IN RE: THE PARENTING OF:

P.H.R. and P.H.R,

   Minor Children,

MARLEN DELANO RUSSELL,

       Petitioner and Appellee,

  and

SARAH PATRICIA RUSSELL,

       Respondent and Appellant.

O R D E R

_____

     Pursuant to Appellee's motion for extension of time to file his response brief and good cause appearing,

     IT IS HEREBY ORDERED that Appellee has until June 7, 2021, within which to file his response brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2021